**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>FRANCISCO JAVIER GARCIA-<br>MANZO,<br><br>Defendant - Appellant. | No. 09-50313<br><br>D.C. No. 3:08-CR-03690-DMS<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Southern District of California
Dana M. Sabraw, District Judge, Presiding

Submitted May 25, 2010[**]

Before:      CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Francisco Javier Garcia-Manzo appeals from the 70-month sentence

imposed following his guilty-plea conviction for attempted entry after deportation,

in violation of 8 U.S.C. § 1326.  We have jurisdiction under 28 U.S.C. § 1291, and

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

we affirm.

Garcia-Manzo contends that the district court procedurally erred by failing to address his policy challenge to the enhancements that apply under U.S.S.G. § 2L1.2(b)(1)(A). The record reflects that the district court responded to Garcia-Manzo's argument and therefore did not procedurally err. *See United States v. Carty*, 520 F.3d 884, 992-93 (9th Cir. 2008) (en banc).

Garcia-Manzo also contends that *Almendarez-Torres v. United States,* 523 U.S. 224 (1998), should be overruled. As Garcia-Manzo recognizes, this contention is foreclosed. *See United States v. Grajeda*, 581 F.3d 1186, 1197 (9th Cir. 2009) (recognizing that although the continuing viability of *Almendarez-Torres* has been called into question, this court is bound to follow controlling Supreme Court precedent).

**AFFIRMED.**